IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXINGO PAYE NICOL, | : CIVIL ACTION |
| Plaintiff | : NO. 09-1800 |
| v. | : |
| UNITED NATIONS MISSIONS IN LIBERIA, et al., | : |
| Defendants. | : |

**ORDER**

FILED
JUL 31 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 30th day of July, 2009, upon consideration of the Motion to Dismiss the Complaint (Docket No. 6) filed by Defendants United Nations, United Nations Mission of Liberia and Rudillo Anida Phillipino, Plaintiff's response (Docket No. 9), Defendants reply (Docket No. 10), Plaintiffs responses to the reply (Docket Nos. 11 and 12) and Defendants' sur reply to Plaintiffs' responses to the reply (Docket No. 13) and after an independent review of the allegations in the Complaint (Docket No. 1), it is ORDERED as follows:

1. The Motion to Dismiss filed by Defendants United Nations, United Nations Mission in Liberia, and Rudillo Anida Phillipino is GRANTED.

2. Defendants United Nations, United Nations Mission in Liberia, and Rudillo Anida Phillipino shall be terminated as parties.

3. The case shall remain open as to Defendant Providence International Insurance Corporation.

4. Plaintiff shall have thirty days from the date of this order to show cause as to why Defendant Providence International Insurance Corporation shall not be dismissed,

and the action closed, for lack of prosecution.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.